IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Sheraton Jerome Smith )
Full name and prison number of )
plaintiff(s) 211796 AIS # )
           )
        v. N. )
Sgt. Lawson, CoSI )
Deputy Davenport )
Warden )
           )
           )
_____ )
           )
           )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

RECEIVED
2006 DEC 21 A 9:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:06cv1130-MEF
(To be supplied by the Clerk of the
 U.S. District Court)

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No ( )

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No ( )

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
           Plaintiff(s) _____
           
           Defendant(s) _____
           _____

      2.   Court (if federal court, name the district; if state court, name the county)
           _____
           _____

      3.   Docket No. _____

      4.   Name of Judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _5B / cell #22_
_Segregation_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling Correction Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS _Shift Office 6:00AM til 2:00 p.m._

1. _Sgt. Lawson, N._ — _Easterling Correction Facility center_
2. _Deputy Warden Davenport_ — _Easterling Correction Facility center_
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _July 13 of 2006._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Alabama Department of Correction Sgt. Hindering_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_8:45 A.M. 5B/cell #8 Refused to release inmate Sheraton Smith after end of 72 hour period; without an extention. Sgt. Lawson, N._

GROUND TWO: ADOC Sgt. Threat's

SUPPORTING FACTS: 8:46 A.M. 5B/cell #8 I was told that i wasen't going to be released and that i was going to a disciplinary hearing and was going to be found guilty. Sgt. Lawson, N.

GROUND THREE: ADOC Deputy Warden; Kidnapping Unlawful Confinement and Threat's

SUPPORTING FACTS: 8:50 Am. 5B/cell #8 Refuse to release inmate Sheraton Smith after 72 hours period ended. Without an extention. And approved a 45 days disciplinary Confinement. And was told that i wasen't gonna get out of Segregation Deputy Warden Davenport

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I would like for the court to make me a civil suit.

S. J. Smith
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on December 12, 2006.
(date)

S. J. Smith
Signature of plaintiff(s)