IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Shearton J. Smith )
_____ )
_____ )
_____ )     2:06CV1130-MEF
         Plaintiff(s)          )
                               )
         v.                    )
                               )
Macon Circuit Court            )
_____ )
_____ )
_____ )
         Defendant(s)          )

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff(s) Shearton J. Smith

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

*S. J. Smith*
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Shearton J. Smith
    Plaintiff

V.

Macon Circuit Court
    Defendant

RECEIVED
2006 DEC 21 A 9: 31

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 013 Robbery 1

I, Shearton J. Smith, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant         ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Easterling Correction Facility

    Are you employed at the institution?  No    Do you receive any payment from the institution?  No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. It's been 6 years or more since i had a wages job; I think it was youngs plant farm Opalika, Al, wages 10-to

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☑ No
    b. Rent payments, interest or dividends            ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments  ☐ Yes   ☑ No
    d. Disability or workers compensation payments     ☐ Yes   ☑ No
    e. Gifts or inheritances                           ☑ Yes   ☐ No
    f. Any other sources                               ☑ Yes   ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

1 Source: Gifts Birthday and Holidays) Amount: 25$ to 50$ or more / 100$
Family and Friends                              Continue: The Same Amount

2 Source: Visit Funds to eat) Amount: 10$ 25$ to 50$ or more
Every month or two          Continue: The Same Amount

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☑ Yes    ☐ No

   If "Yes," describe the property and state its value. 1978 4 door Cadilac FleetWood Value. From 1,200 to 1,500 Runs Good. Silver Rope chain and charm Silver link chain and charm CD's and CD player clothing and shoes Time watch's and Jordan colone inside my automobile and more. Black Holy Bible Tuskegee Police Department. Value $400 to $500 or more

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Daughter Name Dashuniquewa A. Smith Contribute Support. $ What i can; When i can. I don't have a job; So i do the best that i can do to be Successful as a father can be.

I declare under penalty of perjury that the above information is true and correct.

December 12, 2006     S. J. Smith    SS#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
Date                   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# UNITED STATES DISTRICT COURT

## District of _____

Plaintiff
Shearton J. Smith

V.

Defendant
Macon Circuit Court

Case Number: 013 Robbery 1

## Motion to proceed in Forma pauperis

Plaintiff Shearton J. Smith moves this Honorable court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor Submits the attached sworn affidavit in support of the motion

*Shearton J. Smith*
Plaintiff(s) Signature

I would like to plea my case (Unfair practices in import trade). Where victum refuse to give the court the direct day that this crime took place. And investigators refuse to show the lineup mug shot that was taken in the county jail. Victums Identify the wrong person I would like for the court to make me a civil suit.