STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

RECEIVED

AIS #: 211796        NAME: SMITH, SHERATON JEROME        AS OF: 12/31/2006

2007 JAN 18 A 9:51

Sgt. Lawson, et al.,

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 31 | $3.10 | $0.00 |
| FEB | 28 | $10.31 | $50.00 |
| MAR | 31 | $42.84 | $90.56 |
| APR | 30 | $68.00 | $0.00 |
| MAY | 31 | $2.28 | $0.00 |
| JUN | 30 | $1.67 | $30.00 |
| JUL | 31 | $45.32 | $55.00 |
| AUG | 31 | $53.98 | $0.00 |
| SEP | 30 | $61.98 | $10.00 |
| OCT | 31 | $63.98 | $0.00 |
| NOV | 30 | $63.98 | $0.00 |
| DEC | 31 | $55.72 | $0.00 |
| Dec | 31 | $63.98 | $63.98 Current Balance |

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
HOLMAN CORRECTIONAL FACILITY

AIS #: 211796      NAME: SMITH,SHERATON JEROME           AS OF: 01/12/2007

RECEIVED
2007 JAN

*Sgt. Lawson,*
*et, al.,*

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 19 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 12 | $29.66 | $63.98 |

*Jan 03    $63.98    $63.98 Current Balance*
*Jan 04    $46.04    $0.00*
*Jan 10    $25.65    $0.00*
*          Current Balance*
*Jan 05    $25.65    $15.00*
*Jan 05    $25.65    $25.00*
*                    $40.00 Not Posted*