RECEIVED
2007 APR 20   A 9:42

P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

April 17, 2007
Shearton Smith
AIS #211796 14/us

To: Judge
Terry F. Moorer

## II. CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that Plaintiff Complaint be DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i).

## II. CONCLUSION
## SMITH OBJECTION Plaintiff SHEARTON

A) Shearton intelligence of this case of information is at manifest of injustice of civil sue's; Shearton V. Lawson 28 U.S.C. § CV-01130-MEF-TFM 2007.

B) Shearton intelligence is in notification of resting my case on DISMISSAL of the court. I Shearton Smith just want my money of the civil sue. Under 28 U.S.C.§ Shearton V. Lawson CV-01130-MEF-TFM 2007.

Done, this 17th day of April 2007.

Shearton Smith
Plaintiff



To: Clerk
P.O. Box 711
Montgomery, Ala. 36101

Shearton Smith
AIS #211796 14/u5
Holman Corr. Facility
Holman 3700
Atmore, Ala. 36503

**LEGAL MAIL ONLY**